USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

               Plaintiff,

  -v-

MICHAEL LACHER and JUDITH LACHER,

               Defendants.
-------------------------------------------------------------X

**ORDER OF DISMISSAL**

15-CV-2572 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court having been advised by counsel's letter dated January 16, 2020 (Dkt. No. 96) that all claims asserted herein have been settled in principle, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 45 days of the date of this Order if the settlement is not consummated. The parties are free to file their stipulation of dismissal at any time within the next 45 days.

      To be clear, any application to reopen <u>must</u> be filed <u>within 45 days</u> of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they <u>must</u> submit the settlement agreement to the Court within the same 45-day period to be "so ordered" by the Court.

      Any pending motions are moot. The Clerk is directed to close this case.

**SO ORDERED.**

Dated: New York, New York
       January 16, 2020

_____
JAMES L. COTT
United States Magistrate Judge